# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL, INC., | ) | **Case No. 09-10925** |
| | ) | **Chapter 11** |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL ACQUISITION | ) | **Case No. 09-10926** |
| SUBSIDIARY, INC., | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| POST BANCORP, INC., | ) | **Case No. 09-10927** |
| | ) | **Chapter 11** |
| Debtor. | ) | |
| TEAM FINANCIAL, INC., TEAM | ) | |
| FINANCIAL ACQUISITION | ) | |
| SUBSIDIARY, INC. and POST | ) | **Adv. Case No. 09-05084** |
| BANCORP, INC. | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| *Defendant*. | ) | |

## SUPPLEMENT TO MOTION BY THE FDIC-R TO CLARIFY, VACATE, ALTER OR AMEND THE COURT'S APRIL 28, 2010 MEMORANDUM OPINION

The Federal Deposit Insurance Corporation ("FDIC-R"), as receiver for TeamBank, N.A. and Colorado National Bank (collectively, the "Banks"), by its counsel, pursuant to relevant law, including but not limited to Fed. R. Bankr. P. 7052, 9023, and 9024, hereby amends and supplements that certain Motion by the FDIC-R to Clarify, Vacate, Alter or Amend the Court's April 28, 2010 Memorandum Opinion (docket no. 52) (the "Motion") to include and hereby

incorporate by reference in the request for relief in the Motion that certain Memorandum Opinion re-filed at docket number 53.

WHEREFORE, the FDIC-R respectfully requests that this Court grant the relief requested in the Motion, as hereby amended and supplemented, and grant such other or further relief as is necessary or appropriate in the circumstances.

>STINSON MORRISON HECKER LLP
>
>
>By:    s/ Paul M. Hoffmann
>Paul M. Hoffmann (D. Kan. Bar #70170)
>Nicholas J. Zluticky (KS # 23935)
>1201 Walnut, Suite 2900
>Kansas City, MO  64106-2150
>Telephone:  (816) 842-8600
>Facsimile:  (816) 691-3495
>
>ATTORNEYS FOR THE FEDERAL DEPOSIT
>INSURANCE CORPORATION, AS RECEIVER
>FOR TEAM BANK, N.A. AND COLORADO
>NATIONAL BANK

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of May, 2010, a true and correct copy of the foregoing document was filed with the CM/ECF system, which sent notice to all parties receiving ECF notices.

>  s/ Paul M. Hoffmann
>Attorneys for The Federal Deposit Insurance
>Corporation, as Receiver for Team Bank,
>N.A. and Colorado National Bank