# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) ) | |
| TEAM FINANCIAL, INC., ) ) | **Case No. 09-10925** <br> **Chapter 11** |
| Debtor. ) | |
| IN RE: ) ) | |
| TEAM FINANCIAL ACQUISITION ) SUBSIDIARY, INC., ) ) | **Case No. 09-10926** <br> **Chapter 11** |
| Debtor. ) | |
| IN RE: ) ) | |
| POST BANCORP, INC., ) ) | **Case No. 09-10927** <br> **Chapter 11** |
| Debtor. ) | |
| TEAM FINANCIAL, INC., TEAM ) FINANCIAL ACQUISITION ) SUBSIDIARY, INC. and POST ) BANCORP, INC. ) ) | **Adv. Case No. 09-05084** |
| *Plaintiffs*, ) ) | |
| v. ) ) | |
| FEDERAL DEPOSIT INSURANCE ) CORPORATION, ) ) | |
| *Defendant*. ) | |

**STIPULATION BETWEEN THE DEBTORS AND FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER, REGARDING FILING OF 2009 TAX RETURNS**

Whereas, on April 5, 2009 (the "Petition Date"), Team Financial, Inc., Team Financial Acquisition Subsidiary, Inc., and Post Bancorp, Inc. (collectively the "Debtors") filed their voluntary petitions seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Kansas (the "Bankruptcy Court"); and

Whereas, on or about May 11, 2009, the Bankruptcy Court ordered the Debtors' cases to be procedurally consolidated and jointly administered; and

Whereas, prior to the Petition Date, on March 20, 2009, the Office of the Thrift Supervision closed Team Bank, N.A. ("Team Bank") and Colorado National Bank ("CNB") and appointed the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") for both Team Bank and CNB; and

Whereas, the Debtors assert that they are the holding companies and corporate parents of Team Bank and CNB; and

Whereas, the parties previously estimated receiving aggregate income tax refunds, primarily for 2006, 2007 and 2008, in the sum of approximately $3.4 million (the "Refunds"); and

Whereas, the FDIC-R asserts that all, or substantially all, of the Refunds belong to Team Bank and CNB and thus are property of the FDIC-R as receiver; and

Whereas, the Debtors assert that all, or substantially all, of the Refunds belong to the Debtors and thus, are property of the bankruptcy estates of the Debtors; and

Whereas, pending resolution of the dispute among the parties by agreement or court order, the Debtors and the FDIC-R previously agreed by Stipulation (the "Tax Escrow Stipulation") to collect the Refunds and place the monies in an appropriate segregated bank account, without prejudice to any party's position, and to permit interest to accrue thereon which account has now been established at Equity Bank in Wichita, Kansas (the "Escrow Account"); and

Whereas, the Debtors previously prepared and filed 2008 consolidated tax returns, and currently are preparing the proposed 2009 consolidated tax returns; and

2

Whereas, the FDIC-R asserts it has the independent right to file separate 2009 tax returns for the Team Bank and CNB; and

Whereas, neither the Debtors nor the FDIC-R intends to waive or release any of their respective rights or claims by entering into this Stipulation;

IT IS HEREBY STIPULATED AND AGREED THAT

1. If and only if the Debtors do not timely provide to the FDIC-R (a) drafts of the 2009 consolidated tax returns for comment on or before September 10, 2010, and (b) proof of filing of the 2009 consolidated tax returns on or before September 13, 2010, the FDIC-R may file separate 2009 tax returns for Team Bank and CNB. The Debtors and the FDIC-R agree that any and all Refunds received by either the Debtors or the FDIC-R shall be deposited promptly into the Escrow Account upon receipt and shall be subject to the Tax Escrow Stipulation.

2. The parties agree to cooperate to obtain Bankruptcy Court approval of this Stipulation. Pending such approval by the Bankruptcy Court this Stipulation shall govern the actions of the parties.

SUBMITTED AND AGREED:

| | |
|---|---|
| STINSON MORRISON HECKER LLP | REDMOND & NAZAR, LLP |
| By: ___s/ Paul M. Hoffmann_____ | By: _s/ W. Thomas Gilman_____ |
| Paul M. Hoffmann (D. Kan. Bar #70170) | W. Thomas Gilman (KS # 11867) |
| Nicholas J. Zluticky (KS # 23935) | 245 N. Waco, Suite 402 |
| 1201 Walnut, Suite 2900 | Wichita, KS 67202 |
| Kansas City, MO 64106-2150 | Telephone: (316) 262-8361 |
| Telephone: (816) 842-8600 | Facsimile: (316) |
| Facsimile: (816) 691-3495 | |
| | |
| ATTORNEYS FOR FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR TEAM BANK, N.A. | ATTORNEYS FOR PLAINTIFFS |