

Paul M. Hoffmann
816.691.2746 DIRECT
816.691.3495 FAX
PHoffmann@stinson.com

**STINSON MORRISON HECKER LLP**

March 18, 2011

The Honorable Robert E. Nugent, Chief Bankruptcy Judge
United States Bankruptcy Court - District of Kansas
104 U.S. Courthouse
401 N. Market
Wichita, Kansas 67202

Re: Team Financial, Inc. et al. (collectively, "Plaintiffs"), v. Federal Deposit Insurance Corporation as Receiver for Team Bank, N.A. and Colorado National Bank, N.A. ("FDIC-R"), Adv. No. 09-5084 (the "Adversary"); Letter to Court re: Outstanding Discovery and Scheduling Issues

Your Honor:

As you know, my firm represents FDIC-R in the Adversary described above. Pursuant to the Court's instruction at the status conference held on February 8, 2011, FDIC-R submits this letter to the Court to inform the Court of progress made on outstanding discovery and scheduling issues in the Adversary.

Prior to November 2010, FDIC-R substantially completed discovery on the available "hard" documents relevant to this matter, including but not limited to obtaining production of documents in the Plaintiffs' possession (in storage) and production of documents in the possession of the Plaintiffs' tax services provider (KPMG). Since November 2010, FDIC-R has pursued discovery of all electronic documents arising out of or related to the Tax Agreement, its creation, and its implementation (the "Electronic Records"). FDIC-R was successful on obtaining possession of a "hard drive" that FDIC-R has been advised was a "backup" of the Plaintiffs' server as of March 20, 2009, when the bank subsidiaries were closed and their assets were sold to third parties. However, FDIC-R has encountered several obstacles to recovery of any Electronic Records from this "hard drive", mostly because said "hard drive" refers to another "volume" of computer data which FDIC-R has not yet located and without which FDIC-R cannot retrieve any material Electronic Records. Since the last status conference on February 8, 2011, FDIC-R has made significant efforts to reach out to anyone with knowledge about the Electronic Records, including but not limited to personnel at Great Southern Bank (acquiring institution of Team Bank, N.A.'s assets and deposits), Herring Bank (acquiring institution of Colorado National Bank, N.A.'s assets and deposits), i365 (vendor of electronic backup software to the Plaintiffs), FiS, formerly Metavante (vendor

stinson.com
1201 Walnut, Suite 2900 Kansas City, MO 64106-2150
Kansas City | St. Louis | Jefferson City | Overland Park | Wichita | Omaha | Washington D.C. | Phoenix
816.842.8600 MAIN
816.691.3495 FAX
DB04/837858.0003/4175200.2 CR09

Case 09-05084    Doc# 83    Filed 03/18/11    Page 1 of 2

of electronic backup software to the Plaintiffs), and Kerry Clark (chief restructuring officer for the Plaintiffs).

Despite these efforts, FDIC-R has been unable to locate the missing "volume" or any other information that would lead to discovery of the Electronic Records. As a consequence, FDIC-R has discussed this situation with counsel for Plaintiffs and all parties are prepared to move forward with depositions in the Adversary at this time, with the understanding that if FDIC-R is able to acquire additional information that leads to discovery of the Electronic Records, certain discovery deadlines may require extension. Counsel for FDIC-R will work with counsel for the Plaintiffs to draft a proposed scheduling order to complete depositions and other pretrial matters, and we plan to submit it to the Court for review prior to the status conference currently set for April 12, 2011 (the "Status Conference"). In the unlikely event that the parties are unable to agree on a proposed scheduling order, FDIC-R requests that the Court use the Status Conference as an opportunity to conduct a scheduling conference to set the remaining deadlines in this Adversary.

Sincerely,

**STINSON MORRISON HECKER LLP**

Paul M. Hoffmann

PMH:njz

cc: W. Thomas Gilman